Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESIRIE WILSON, Appellant.

Submitted July 6, 2009; decided August 27, 2009

Reported below, 59 AD3d 153.

Motion for assignment of counsel denied.

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted July 20, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by the Legal Aid Society for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Real Estate Board of New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

AMY L. ROBERTS et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v TISHMAN SPEYER PROPERTIES, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by New York State Tenants and Neighbors Coalition, Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

Amy L. Roberts et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v Tishman Speyer Properties, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Community Housing Improvement Program of New York Inc. et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Amy L. Roberts et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v Tishman Speyer Properties, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by New York City Council Members Maria del Carmen Arroyo et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Amy L. Roberts et al., on Behalf of Themselves and All Others Similarly Situated, Respondents, v Tishman Speyer Properties, L.P., et al., Appellants.

Submitted August 3, 2009; decided August 27, 2009

Reported below, 62 AD3d 71.

Motion by Rent Stabilization Association of New York City, Inc. for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as